UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/14

HIKMA PHARMACEUTICALS, LLC

    Plaintiff,

v.

EAGLE PHARMACEUTICALS, INC.,

    Defendant.

Case No. 13-CIV-4360

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiff Hikma Pharmaceuticals LLC ("Hikma") and Defendant Eagle Pharmaceuticals, Inc. ("Eagle"), by and through their undersigned counsel, hereby stipulate as follows:

1. Hikma hereby voluntarily dismisses with prejudice all claims in its Complaint asserted against Eagle.

2. Eagle hereby voluntarily dismisses with prejudice all claims in its Counterclaim asserted against Hikma.

TROUTMAN SANDERS LLP

By: _____
Clark Sullivan
405 Lexington Ave.
New York, New York 10174-0700
*Attorneys for Plaintiff*
*Hikma Pharmaceuticals, LLC*

GREENBERG TRAURIG, LLP

By: _____
Eric S. Aronson
200 Park Ave.
Florham Park, New Jersey 07932
*Attorneys for Defendant*
*Eagle Pharmaceuticals, Inc.*

SO ORDERED.

Dated: August 11, 2014
New York, NY

_____
ANALISA TORRES
United States District Judge

Active 22736664v1 243916.000001